UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **A.F.,**<br><br>     Plaintiff,<br><br>   vs.<br><br>**UNITED HEALTHCARE,**<br><br>     Defendant. | Case No. 4:20-CV-8809-YGR<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: Dkt. No. 31 |

The Court is in receipt of the parties' joint notice of settlement. (Dkt. No. 31.) Accordingly, it is **ORDERED** that this case is **DISMISSED**. It is further **ORDERED** that if any party certifies to this Court, with proper notice to opposing counsel within seventy-five (75) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this case shall be restored to the calendar for further proceedings.

This Order terminates the case.

**IT IS SO ORDERED.**

Dated: **July 27, 2021**

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE